## Commonwealth v. Brooks, Appellant.

Submitted March 10, 1975. *Philip D. Freedman,* Assistant Public Defender, and *Richard D. Walker,* Public Defender, for appellant; *Marion E. MacIntyre,* Deputy District Attorney, and *LeRoy S. Zimmerman,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth v. Burton, Appellant.

order by DEFURIA, J. Submitted March 17, 1975. *Ernest Kardas* and *R. Barclay Surrick,* Assistant Public Defenders, and *Kenneth P. Barrow,* Public Defender, for appellant; *John G. Siegle* and *Ralph B. D'Iorio,* Assistant District Attorneys, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth v. Carson, Appellant.

Submitted March 10, 1975. *Arthur K. Dils,* and *Dils and Diveglia,* for appellant; *Marion E. MacIntyre,* Deputy District Attorney, and *LeRoy S. Zimmerman,* District Attorney, for Commonwealth, appellee.

Order affirmed.